# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Gailyn Hall,

        Plaintiff,

v.

C.R. Bard Incorporated, et al.,

        Defendants.

Case No. 2:20-cv-614-APG-BNW

**ORDER**

(ECF No. 23)

On May 21, 2020, attorney David Langevin filed verified petition for permission to practice in this case. ECF No. 23. The petition did not include a certificate of good standing. I acknowledge that some states are withholding or delaying issuance of such certificates due to the COVID-19 pandemic. Accordingly, the petition is approved temporarily, but the movant must file a certificate of good standing as soon as he can obtain one from the appropriate state bar.

Dated: May 22, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE